UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-CV-81558-RLR

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

TITANIUM CAPITAL LLC, HENRY ABDO, and
CAROL ANN BARSH,

Defendants, and

ELIAS HALIM ABDO and GANNA MIGULINA,

Relief Defendants.

_____/

## STATUS REPORT

Plaintiff Securities and Exchange Commission ("SEC") submits this status report for this case, which has been stayed since February 12, 2024.

On June 18, 2025, the SEC submitted a status report detailing the events that have taken place since the filing of the Complaint in the above-captioned matter. D.E. 38.  As of the date of this status report, no Defendant in the above-captioned matter other than Abdo has entered a notice of appearance.  On July 2, 2025, Abdo filed another motion to withdraw his guilty plea in the parallel criminal case *United States v. Abdo*, 23-CR-80209-AMC (S.D. Fla.), which was later denied by the Court on July 8, 2025.  *See id.* D.E. 204-211.  Since Abdo's sentencing in the parallel criminal case, the SEC and noticed counsel for Abdo have discussed the possibility of resolving the matter and the SEC has sought to make a settlement offer to Abdo's counsel.

1

There are matters as to each Defendant and Relief Defendant that require the SEC to obtain authorization from the four-member Commission, pursuant to Section 21 of the Exchange Act. 15 U.S.C. § 78u. These matters include whether to dismiss certain claims or Defendants, as well as authorization to seek specific financial remedies. *Id.* Authorization is a process that can take up to two months. The SEC continues to work diligently to resolve this case and obtain any necessary authorizations.

The SEC will provide another status report in 30 days.

Dated: July 18, 2025

          Respectfully submitted,

          */s/ Rebecca R. Dunnan*
          Rebecca R. Dunnan
          S.D. Fla. Bar No. A5503152
          Daniel J. Maher
          S.D. Fla. Bar No. A55002597
          Telephone: 202-551-3813 (Dunnan)
          Telephone: 202-551-4737 (Maher)
          dunnanr@sec.gov
          maherd@sec.gov
          Attorneys for Plaintiff
          **UNITED STATES SECURITIES AND**
          **EXCHANGE COMMISSION**
          100 F Street, NE
          Washington, DC 20549

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically sends notice(s) to counsel of record in this case. Defendant Carol Ann Barsh does not yet have counsel of record, but I hereby certify that today I sent a copy of this Status Report to the last known attorney for Defendant Barsh listed below via email. I also emailed a copy to Relief Defendants Elias Halim Abdo and Ganna Migulina at the email addresses they used to send the Responses to the SEC.

Mark J. O'Brien  
Attorney for Defendant Barsh  
O'Brien Hatfield, PA  
Bayshore Executive Center  
Suite 330 Tampa, FL 33606  
Telephone: 813-228-6989  
mjo@markjobrien.com

                                                  /s/ *Rebecca R. Dunnan*  
                                                  Trial Counsel